FILED

JUN 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GLENN WRIGHT, an individual and all as successors to Le'Wayne Anthony Wright; NINA WOOLFOLK, an individual and all as successors to Le'Wayne Anthony Wright,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>EXODUS RECOVERY, INC., a California Corporation; et al.,<br><br>    Defendants-Appellees. | No. 23-55262<br><br>D.C. No. 2:22-cv-01693-SPG-SK Central District of California, Los Angeles<br><br>ORDER |

The parties should be prepared to discuss at oral argument whether the allegations in the Plaintiffs' first amended complaint satisfy the requirements for standing under California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17204, and whether the allegations establish that the Plaintiffs have standing under Article III of the U.S. Constitution to seek injunctive relief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT